# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARCO PRYOR | ) | CASE NO. 16-64946-PMB |
| DEBTOR. | ) | |

---

| | | |
|---|---|---|
| | ) | |
| MARCO PRYOR | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| HARLEY-DAVIDSON CREDIT CORP | ) | |
| MELISSA J. DAVEY, TRUSTEE | ) | |
| RESPONDENTS. | ) | |
| | ) | |

## RESPONSE TO MOVANT'S MOTION TO IMPOSE THE AUTOMATIC STAY

**COMES NOW,** Harley-Davidson Credit Corp., a secured creditor in the above-captioned case and, by and through counsel, files this Response to Movant's Motion to Impose the Automatic Stay and respectfully shows the Court as follows:

1. On August 27, 2016, Debtor filed a petition with the Bankruptcy Court for the Northern District of Georgia under Chapter of 13 of Title 11 of the United States Bankruptcy Code.

2. Movant holds a valid lien secured by the Retail Installment Contract ("Contract") which describes the collateral known as: 2015 HARLEY-DAVIDSON FLTRXS ROAD GLIDE SPECIAL VIN: 1HD1KTM14FB640825 ("Collateral").

3. On November 15, 2017, Respondent filed a Motion for Relief from Stay (Doc. No. 24) ("Motion") seeking relief from stay as to the Collateral due to a delinquency in Debtor's Chapter 13 Plan Payments.

4. On January 25, 2018, an Order was entered (Doc. No. 29) ("Order") granting Respondent stay relief as to the Collateral.

5. On April 19, 2018, Movant filed a Motion to Reimpose the Stay as to Respondent.

6. Imposition of the stay over (2) two months after entry of the Order is not a reasonable time in which to seek to overturn a final order from this Court and imposition of the stay would create an undue hardship on Respondent.

7. Movant has failed to state any justifiable grounds for relief from a final order.

**WHEREFORE**, Movant prays the Court as follows:

1. Movant's motion be denied; and,

2. Grant Movant such other and further relief as the Court deems just and proper.

**The Chad R. Simon Law Firm**

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
The Chad R. Simon Law Firm
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or Electronic Mail to the parties listed on the attached service list, this 30th day of May, 2018.

## SERVICE LIST

Marco Pryor
6481 Gordon Hill Dr
Mableton, GA 30126

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

/s/ Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
The Chad R. Simon Law Firm
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046